**Motions Granted; Vacated and Remanded and Memorandum Opinion filed September 18, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00566-CV

**BASIC ENERGY SERVICES, INC D/B/A BES HOLDING COMPANY, Appellant**

**V.**

**BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC., AND EOG RESOURCES, INC, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-16444**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 31, 2011.

On September 7, 2012, the parties filed a joint motions to set aside or vacate the judgment and to remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motions are granted.

Accordingly, we vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement. We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.